

FILED IN OPEN COURT
U.S.D.C. - Atlanta

AUG 23 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTO BUENO,<br>A/K/A TUZA,<br>A/K/A CUNADO | Criminal Indictment<br><br>No. **1:22CR0306**<br><br>**UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

### Count One

Beginning on a date unknown, but at least by November 2019, and continuing through a date unknown, but at least through April 27, 2021, in the Northern District of Georgia and elsewhere, the defendant,

JUSTO BUENO, A/K/A TUZA, A/K/A CUNADO,

did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with persons known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving:

a) at least one kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A);

b) at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B);

c) at least 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B);

all in violation of Title 21, United States Code, Section 846.

## Count Two

On or about December 12, 2019, in the Northern District of Georgia, the defendant,

JUSTO BUENO, A/K/A TUZA, A/K/A CUNADO,

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least one kilogram of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Three

On or about April 27, 2021, in the Northern District of Georgia, the defendant,

JUSTO BUENO, A/K/A TUZA, A/K/A CUNADO,

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled

substance, said act involving a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One through Three of this Indictment, the defendant, JUSTO BUENO, A/K/A TUZA, A/K/A CUNADO, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including, but not limited to, the following:

   a) MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of each offense, or conspiracy to commit such offense, alleged in Counts One through Three of this Indictment.

If, any of the property described above, as a result of any act or omission of the defendant:

   a) cannot be located upon the exercise of due diligence;
   b) has been transferred or sold to, or deposited with, a third party;
   c) has been placed beyond the jurisdiction of the court;
   d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A _____True_____ BILL

_____
FOREPERSON

RYAN K. BUCHANAN
*United States Attorney*

JOHN T. DEGENOVA
*Assistant United States Attorney*
Georgia Bar No. 940689
600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

4