# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cr-00306-MHC-RGV
## USA v. Bueno
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 09/28/2023.

| | |
|---|---|
| TIME COURT COMMENCED: 11:37 A.M. | COURT REPORTER: Judy Wolff |
| TIME COURT CONCLUDED: 12:18 P.M. | COURT INTERPRETER: Linda Eberenz |
| TIME IN COURT: 00:41 | CSO/DUSM: CSO Meadows |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Lisa Enix |

| | |
|---|---|
| DEFENDANT(S): | [1]Justo Bueno Present at proceedings |
| ATTORNEY(S) PRESENT: | John DeGenova representing USA<br>Michael Wallace representing Justo Bueno |
| PROCEEDING CATEGORY: | Change of Plea; |
| MINUTE TEXT: | Interpreter Sworn. Defendant Sworn. Signatures verified on plea agreement. Signed plea agreement was tendered to the Court. Court advised defendant of his rights. The Government presented the terms of the plea agreement and the elements of the offense. The Government summarized the evidence in the case. Court finds factual basis for acceptance of plea. Government summarized the penalties of the offense. Court announced the findings and accepted and entered the defendant's plea. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for 01/11/2024 at 10:00 am in Courtroom 1904; |